## UNITED STATES of America, Appellant, v. Robert L. BOOKER, Appellee.

### No. 7314.

Circuit Court of Appeals, Sixth Circuit.

Nov. 5, 1937.

Horace Frierson, Jr., and A. O. Denning, both of Nashville, Tenn., for the United States.

W. L. Cooper and F. E. Harris, both of Cookeville, Tenn., and W. H. Turner, of Carthage, Tenn., for appellee.

Before MOORMAN and HICKS, Circuit Judges, and FORD, District Judge.

PER CURIAM.

The court being of opinion that there was not sufficient evidence to submit to the jury the question as to whether or not the appellee became totally and permanently disabled during the life of the policy sued on, it is ordered that the judgment be reversed and the cause remanded for a new trial.

Reversed and remanded.